UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22-00465 TLT |
| Plaintiff, | ~~[PROPOSED]~~ **FINAL ORDER OF FORFEITURE** |
| v. | |
| WILLIAM WOOD, | |
| Defendant. | |

On May 15, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

- One Apple iPhone 8 A1863, Serial # F4GW4511JC6N
- One Apple 3rd Gen iPad Air, Serial # DMPCW0MHLMPM; and
- One Apple iPad, Serial # DLXMV7A9FK15.

pursuant to Title 18, United States Code, Section 2253(a) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States pursuant to Title 18, United States Code, Section 2253(a) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this __1st__ day of August, 2024.

_____
HON. TRINA L. THOMPSON
United States District Judge